675 F.Supp.2d 1286

CATFISH FARMERS OF AMERICA, Plaintiffs, v. UNITED STATES, Defendant.

Consol. Court No. 08–00111

## JUDGMENT

GORDON, Judge: The United States Department of Commerce has filed its Final Results of Redetermination (Dec. 10, 2009) ("*Remand Results*") pursuant to *Catfish Farmers of Am. v. United States*, 33 CIT ___, Slip. Op. 09–96 (Sept. 14, 2009) ("*Catfish Farmers*"). No party contests the *Remand Results*, and therefore, it is hereby

**ORDERED** that the *Remand Results* are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, *see Catfish Farmers*, Consol. Court No. 08–00111 (USCIT Apr. 16, 2008) (order granting consent motion for preliminary injunction), must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2006).